UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NADINE TOWNSEND,

                        Plaintiff,

                                                    No. 1:13-CV-1604

    -v-

PARKLAND MEMORIAL HOSPITAL and
DR. ANGELIQUE RAMIREZ,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

NADINE TOWNSEND
Plaintiff pro se
911 Central Avenue, Apt # 329
Albany, NY 12206


DAVID N. HURD
United States District Judge


## DECISION and ORDER

Pro se plaintiff Nadine Townsend brought this action pursuant to 42 U.S.C. § 1981;

28 U.S.C. § 1343; and 18 U.S.C. § 1518.  On January 24, 2014, the Honorable Christian F.

Hummel, United States Magistrate Judge, advised by Report-Recommendation that the

complaint be dismissed for improper venue and failure to state a claim.  No objections to the

Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the

Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C.

§ 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED.

The Clerk is directed to serve a copy of this Decision and Order on plaintiff and close the file.

IT IS SO ORDERED.

.
                                          United States District Judge

Dated: February 21, 2014
         Utica, New York.