# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

**NADINE TOWNSEND,**

    Plaintiff,

vs.                                                    **CASE NUMBER: 1:13-CV-1604**

**PARKLAND MEMORIAL HOSPITAL
and DR. ANGELIQUE RAMIREZ,**

    Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the January 24, 2014 Report-Recommendation of the Honorable Christian F. Hummel, United States Magistrate Judge, is accepted in whole, and the Plaintiff's complaint is dismissed,

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, United States District Judge, dated the 21st day of February, 2014.

DATED: February 21, 2014

_____
Clerk of Court

_____
Christine Mergenthaler
Deputy Clerk

entered and served
w/appeal notice
2/21/14 - cm